**Tawana S. INGRAM–ALLEN, Plaintiff—Appellant,**

v.

**IVEYS, (A Corp.), Defendant— Appellee.**

**No. 04–1280.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 3, 2004.

Tawana S. Ingram–Allen, Appellant pro se.

James Bernard Spears, Jr., John Doughty Cole, Sr., Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Charlotte, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tawana S. Ingram–Allen appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ingram–Allen v. Iveys*, No. CA–03–196–1 (M.D.N.C. filed Feb. 26, 2004 & entered Feb. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*